| | |
|---|---|
| 1 | BRUCE E. H. JOHNSON (State Bar No. 159927) |
|   |     brucejohnson@dwt.com |
| 2 | **DAVIS WRIGHT TREMAINE LLP** |
|   | 1201 3rd Avenue, Suite 2200 |
| 3 | Seattle, Washington 98101 |
|   | Telephone:    (206) 622-3150 |
| 4 | Facsimile:    (206) 757-7700 |
| 5 | THOMAS R. BURKE (State Bar No. 141930) |
|   |     thomasburke@dwt.com |
| 6 | NICOLAS A. JAMPOL (State Bar No. 244867) |
|   |     nicolasjampol@dwt.com |
| 7 | **DAVIS WRIGHT TREMAINE LLP** |
|   | 505 Montgomery Street, Suite 800 |
| 8 | San Francisco, California 94111 |
|   | Telephone:    (415) 276-6500 |
| 9 | Facsimile:    (415) 276-6599 |
| 10 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual; <br><br>    Plaintiff, <br><br>vs. <br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency, <br><br>    Defendants. | Case No. <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [Local Rule 3-15] |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Nationwide Biweekly Administration, Inc. | Plaintiff |
| Loan Payment Administration LLC | Plaintiff |
| Daniel S. Lipsky | Plaintiff |
| John F. Hubanks | Defendant |
| Andres H. Perez | Defendant |
| Monterey County District Attorney's Office | Defendant |
| Marin County District Attorney's Office | Defendant |

Dated: October 2, 2014

DAVIS WRIGHT TREMAINE LLP
BRUCE E. H. JOHNSON
THOMAS R. BURKE
NICOLAS A. JAMPOL

By:   /s/ Thomas R. Burke
          Thomas R. Burke

Attorneys for Plaintiffs

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
DWT 24689870v1 0100966-000001