| | |
|---|---|
| 1 | BRUCE E. H. JOHNSON (State Bar No. 159927) |
| | brucejohnson@dwt.com |
| 2 | **DAVIS WRIGHT TREMAINE LLP** |
| | 1201 3rd Avenue, Suite 2200 |
| 3 | Seattle, Washington 98101 |
| | Telephone: (206) 622-3150 |
| 4 | Facsimile: (206) 757-7700 |
| 5 | THOMAS R. BURKE (State Bar No. 141930) |
| | thomasburke@dwt.com |
| 6 | NICOLAS A. JAMPOL (State Bar No. 244867) |
| | nicolasjampol@dwt.com |
| 7 | **DAVIS WRIGHT TREMAINE LLP** |
| | 505 Montgomery Street, Suite 800 |
| 8 | San Francisco, California 94111 |
| | Telephone: (415) 276-6500 |
| 9 | Facsimile: (415) 276-6599 |
| 10 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual;<br><br>          Plaintiff,<br><br>   vs.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br><br>          Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs state that Loan Payment Administration LLC is the wholly owned subsidiary of Nationwide Biweekly Administration, Inc., of which plaintiff Daniel S. Lipsky is the sole shareholder.

Dated: October 2, 2014

DAVIS WRIGHT TREMAINE LLP
BRUCE E. H. JOHNSON
THOMAS R. BURKE
NICOLAS A. JAMPOL

By: /s/ Thomas R. Burke
Thomas R. Burke

Attorneys for Plaintiffs