STEVEN M. WOODSIDE, COUNTY COUNSEL
Brian Charles Case SBN 254218
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117, Fax: (415) 473-3796
Attorney(s) for County of Marin (a.k.a. Marin County District Attorney's Office) and Deputy District Attorney Andres H. Perez

CHARLES J. MCKEE, COUNTY COUNSEL
William Merrill Litt SBN 166614
168 W Alisal Street, 3rd Floor
Salinas, CA 93901
Tel.: (831) 755-5045, Fax: (831) 755-5283

Attorney(s) for County of Monterey (a.k.a. Monterey County District Attorney's Office) and Deputy District Attorney John Hubanks

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio Corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual;<br>Plaintiffs,<br>v.<br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County Agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br>Defendants. | Case No.: 14-cv-04420-LHK<br><br>**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS FOR INSUFFICIENCY OF PROCESS, OR, IN THE ALTERNATIVE, QUASH SERVICE OF MOTION FOR PRELIMINARY INJUNCTION AND COMPLAINT FOR DECLARATORY RELIEF; POINTS AND AUTHORITIES IN SUPPORT OF MOTION**<br><br>(FED. R. CIV. P. **12(b)(5)**)<br><br>DATE: February 5, 2015<br>TIME: 2:00 p.m.<br>DEPT: 8 |

1  All Defendants' Joint Motion to Dismiss, or in the alternative, motion to quash plaintiff's

2  service, came on regularly for hearing before this Court on February 5, 2015.  Brian C. Case appeared

3  as attorney for the County of Marin.  William M. Litt appeared as attorney for County of Monterey.

4

5  Thomas R. Burke appeared as attorney for Plaintiffs.

6  After considering the moving and opposition papers, arguments of counsel, and all other matters

7  presented to the Court;

8  IT IS HEREBY ORDERED THAT the Defendants' Joint Motion to Dismiss Defendant is

9

10 GRANTED without leave to amend, pursuant to FED. R. CIV. P. 12(b)(5) (on the grounds of defect in

11 the manner of service).

12 ALTERNATIVELY, IT IS HEREBY ORDERED THAT the County of Marin's motion to

13 quash service pursuant to FED. R. CIV. P. 12(b)(5) (on the grounds of defect in the manner of service)

14 is GRANTED.

15

16

17 IT IS SO ORDERED.

18

19 _____

    Judge of the US District Court
20  Northern District of California