BRUCE E. H. JOHNSON (State Bar No. 159927)
    brucejohnson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 3rd Avenue, Suite 2200
Seattle, Washington 98101
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700

THOMAS R. BURKE (State Bar No. 141930)
    thomasburke@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br><br>Defendants. | Case No. 14-cv-04420-LHK<br><br>**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1 | On October 2, 2014, plaintiffs Nationwide Biweekly Administration, Inc., Loan Payment |
| 2 | Administration LLC, and Daniel S. Lipsky (collectively, "Nationwide") filed the Complaint and a |
| 3 | Motion for Preliminary Injunction. Dkt. ## 1, 5. On October 8, 2014, Nationwide filed an |
| 4 | amended notice of motion to reflect the reassignment of the case to the Honorable Lucy H. Koh. |
| 5 | Dkt. # 17. Pursuant to Local Rule 7-3, an opposition to a motion must be filed within 14 days after |
| 6 | the motion is filed. On October 22, 2014, Defendants did not file an opposition to the Motion for |
| 7 | Preliminary Injunction, but instead filed a Motion to Dismiss for insufficiency of service of |
| 8 | process. Dkt. # 20. |

While Nationwide believes that service was valid and that Defendants failed to oppose the Motion for Preliminary Injunction, Nationwide's counsel contacted Defendants' counsel in a good-faith attempt to resolve the issue. Nationwide's counsel spoke with counsel for the Monterey County District Attorney's Office and Deputy District Attorney John F. Hubanks about an alternative schedule for Defendants to file their Answer to the Complaint, along with any opposition to the Motion for Preliminary Injunction. Assuming Defendants' agreement, Nationwide will submit such a schedule to the Court in the form of a Stipulation and Proposed Order. In the absence of such an agreement, Nationwide respectfully requests that this Court grant its unopposed Motion for Preliminary Injunction.

Dated: October 29, 2014

DAVIS WRIGHT TREMAINE LLP
BRUCE E. H. JOHNSON
THOMAS R. BURKE
NICOLAS A. JAMPOL

By: /s/ Thomas R. Burke
Thomas R. Burke

Attorneys for Plaintiffs