1  BRUCE E. H. JOHNSON (State Bar No. 159927)
       brucejohnson@dwt.com
2  **DAVIS WRIGHT TREMAINE LLP**
   1201 3rd Avenue, Suite 2200
3  Seattle, Washington 98101
   Telephone:    (206) 622-3150
4  Facsimile:    (206) 757-7700

5  THOMAS R. BURKE (State Bar No. 141930)
       thomasburke@dwt.com
6  NICOLAS A. JAMPOL (State Bar No. 244867)
       nicolasjampol@dwt.com
7  **DAVIS WRIGHT TREMAINE LLP**
   505 Montgomery Street, Suite 800
8  San Francisco, California  94111
   Telephone:    (415) 276-6500
9  Facsimile:    (415) 276-6599

10 Attorneys for Plaintiffs

11

   **UNITED STATES DISTRICT COURT**
12
   **NORTHERN DISTRICT OF CALIFORNIA**
13
   **SAN JOSE DIVISION**
14

15 NATIONWIDE BIWEEKLY                  )
   ADMINISTRATION, INC., an Ohio        )  Case No. 14-cv-04420-LHK
16 corporation; LOAN PAYMENT            )
   ADMINISTRATION LLC, an Ohio limited  )  **JOINT STIPULATION REGARDING**
17 liability company; and DANIEL S. LIPSKY, an )  **ANSWER TO COMPLAINT AND**
                                        )  **BRIEFING SCHEDULE FOR MOTION**
18 individual;                          )  **FOR PRELIMINARY INJUNCTION**
                                        )
19                Plaintiffs,           )
                                        )
20         vs.                          )
                                        )
21 JOHN F. HUBANKS, Deputy District Attorney, )
   Monterey County District Attorney's Office, in )
22 his official capacity; ANDRES H. PEREZ, )
   Deputy District Attorney, Marin County District )
23 Attorney's Office, in his official capacity; )
   MONTEREY COUNTY DISTRICT             )
24 ATTORNEY'S OFFICE, a County agency; and )
   MARIN COUNTY DISTRICT ATTORNEY'S     )
25 OFFICE, a County agency,             )
                                        )
26                                      )
                 Defendants.            )
27 _____  )

28

_____

This stipulation is entered by and between plaintiffs Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky (collectively, "Nationwide"), on the one hand, and defendants John F. Hubanks, Andres H. Perez, Monterey County District Attorney's Office, and Marin County District Attorney's Office (collectively, the "District Attorneys"), on the other hand, with reference to the following facts:

1.      On October 2, 2014, Nationwide filed a Complaint for declaratory and injunctive relief, along with a Motion for Preliminary Injunction.  Dkt. ## 1, 5.

2.      Nationwide contends that on October 3, 2014, it effected service of the complaint and preliminary injunction motion on all defendants.

3.      On October 8, 2014, Nationwide filed an amended notice of motion reflecting the reassignment of this case to the Honorable Lucy H. Koh.  Dkt. # 17.  Per the Courtroom Deputy, Nationwide noticed the hearing for January 15, 2015.

4.      On October 22, 2014, the District Attorneys filed a Joint Motion to Dismiss based on an alleged insufficiency of process.  The District Attorneys noticed the hearing on that motion for February 5, 2015.  Dkt. # 20.

5.      On October 23, 2014, counsel for Nationwide called counsel for the respective counties and spoke with counsel for the Monterey County District Attorney's Office and Deputy District Attorney John F. Hubanks about an alternative schedule for the District Attorneys to file their Answer to the Complaint, along with any opposition to the Motion for Preliminary Injunction.

6.      On October 29, 2014, Nationwide's counsel sent a letter to the District Attorneys memorializing this conversation and proposing a date by which the District Attorneys would have to file an Answer to the Complaint and an Opposition to the Motion for Preliminary Injunction.

7.      On October 31, 2014, counsel for the Marin County District Attorneys' Office and Deputy District Attorney Andres H. Perez called Nationwide's counsel and offered to accept service of the complaint and withdraw the District Attorneys' motion to dismiss if Nationwide agreed that the District Attorneys would have until December 30, 2014 to file a response to the Complaint and an Opposition to Nationwide's Motion for Preliminary Injunction.  Nationwide accepted the proposal.

JOINT STIPULATION
DWT 25231966v1 0100966-000001

8.      On October 31, 2014, Nationwide's counsel emailed the Courtroom Deputy regarding a hearing date.  While Nationwide's proposed hearing date was unavailable, the Courtroom Deputy stated that March 5, 2015, was available for the hearing.

Now, therefore, it is HEREBY STIPULATED AND AGREED that:

1.      All defendants hereby accept service of the Complaint and withdraw their Motion to Dismiss (Dkt. # 20) and request that the Court remove the February 5, 2015 hearing date from its calendar.

2.      Defendants shall have until December 30, 2014, to file a response to the Complaint and an Opposition to Nationwide's Motion for Preliminary Injunction.

3.      Nationwide shall have until January 22, 2015 to file a Reply in support of its Motion for Preliminary Injunction.

4.      The hearing on Nationwide's Motion for Preliminary Injunction shall be continued from January 15, 2015, to March 5, 2015.


**IT IS SO STIPULATED.**


Dated:  October 31, 2014                    DAVIS WRIGHT TREMAINE LLP


                                            By:      /s/ Thomas R. Burke
                                                     Thomas R. Burke

                                            Attorneys for Plaintiffs

Dated:  October 31, 2014                    COUNTY COUNSEL, MONTEREY COUNTY


                                            By:      /s/ William Merrill Litt
                                                     William Merrill Litt

                                            Attorneys for the Monterey County District
                                            Attorney's Office and Deputy District
                                            Attorney John F. Hubanks

2

Dated:  October 31, 2014                      COUNTY COUNSEL, MARIN COUNTY


                                              By:    /s/ Brian Charles Case
                                                        Brian Charles Case

                                              Attorneys for the Marin County District
                                              Attorney's Office and Deputy District
                                              Attorney Andres H. Perez


### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been
obtained from each of the signatories.


                                              By:    /s/ Thomas R. Burke
                                                        Thomas R. Burke

3

# Proof of Service

I, Dee Keegan, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of Los Angeles, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 865 South Figueroa Street, Suite 2400, Los Angles, California 90017-2566. I caused to be served the following document:

**JOINT STIPULATION REGARDING ANSWER TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**

I caused the above document to be served on each person on the attached list by the following means:

☐   I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on _____ following the ordinary business practice.
*(Indicated on the attached address list by an [CM] next to the address.)*

☒   I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on **October 31, 2014**, for guaranteed delivery on **November 3, 2014**, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐   I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

☐   I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

☐   A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an [E] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.   Executed on **October 31, 2014**, at Los Angeles, California.

*/s/  Dee Keegan*
_____
Dee Keegan

1

## Service List

| Key: | [M] | Delivery by Mail | [FD] | Delivery by Federal Express | [H] | Delivery by Hand |
|---|---|---|---|---|---|---|
| | [F] | Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | | |
| | [E] | Delivery by Electronic Mail | [CM] | Delivery by Certified Mail, Return Receipt Requested | | |

**[FD]**  William Merrill Litt, Esq.        Attorneys for Monterey County
168 W. Alisal Street, 3rd Floor          District Attorney's Office and
Salinas, CA 93901                        Deputy District Attorney John F.
                                         Hubanks

Telephone:  (831) 755-5045
Fax:          (831) 755-5283
Email:  Littwm@co.monterey.ca.us

5

JOINT STIPULATION
DWT 25231966v1 0100966-000001