| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br><br>Defendants. | Case No. 14-cv-04420-LHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING ANSWER TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION** |

## **ORDER**

Pursuant to the Joint Stipulation Regarding Answer to Complaint and Briefing Schedule for Motion for Preliminary Injunction, and for good cause showing, the Court **ORDERS** that:

1. Defendants' Motion to Dismiss (Dkt. # 20) is deemed withdrawn and the February 5, 2015 hearing date is removed from the Court's calendar.

2. Defendants shall have until December 30, 2014, to file a response to the Complaint and an Opposition to Plaintiffs' Motion for Preliminary Injunction.

3. Plaintiffs shall have until January 22, 2015 to file a Reply in support of their Motion for Preliminary Injunction.

4. The hearing on Plaintiffs' Motion for Preliminary Injunction shall be continued from January 15, 2015, to March 5, 2015.

**IT IS SO ORDERED.**

Dated: November __, 2014

By: _____
Lucy H. Koh
United States District Court Judge

# Proof of Service

I, Dee Keegan, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of Los Angeles, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 865 South Figueroa Street, Suite 2400, Los Angles, California 90017-2566. I caused to be served the following document:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING ANSWER TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**

I caused the above document to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on _____ following the ordinary business practice.
*(Indicated on the attached address list by an* [CM] *next to the address.)*

☒ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on **October 31, 2014**, for guaranteed delivery on **November 3, 2014**, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery on _____.
*(Indicated on the attached address list by an* [H] *next to the address.)*

☐ A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an* [E] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business. Executed on **October 31, 2014**, at Los Angeles, California.

*/s/ Dee Keegan*
Dee Keegan

## Service List

| Key: | [M] | Delivery by Mail | [FD] | Delivery by Federal Express | [H] | Delivery by Hand |
|---|---|---|---|---|---|---|
| | [F] | Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | | |
| | [E] | Delivery by Electronic Mail | [CM] | Delivery by Certified Mail, Return Receipt Requested | | |

**[FD]**  William Merrill Litt, Esq.
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901

Telephone: (831) 755-5045
Fax:            (831) 755-5283
Email:   Littwm@co.monterey.ca.us

Attorneys for Monterey County District Attorney's Office and Deputy District Attorney John F. Hubanks

3

[PROPOSED] ORDER
DWT 25232414v1 0100966-000001