CHARLES J. McKEE (SBN 152458)
County Counsel
WILLIAM M. LITT (SBN 166614)
Deputy County Counsel
OFFICE OF THE MONTEREY COUNTY COUNSEL
168 W. Alisal Street, Third Floor
Salinas, CA 93901-2439
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: littwm@co.monterey.ca.us

Attorneys for Defendants, John F. Hubanks, Deputy District Attorney and Monterey County District Attorney's Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual,<br><br>     Plaintiffs,<br>vs.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br><br>     Defendants. | Case No: 5:14-CV-04420-LHK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

/ / / / /

**TO: THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Deputy County Counsel William Litt on behalf of Charles J. McKee, County Counsel, County of Monterey, hereby enters appearance in the above-captioned matter as counsel to be noticed on behalf of Defendants John F. Hubanks and Monterey County District Attorney's Office. Counsel's contact information is as follows:

> William Litt
> Deputy County Counsel
> Office of the Monterey County Counsel
> 168 W. Alisal Street, Third Floor
> Salinas, CA 93901
> Phone: 831-755-5045
> Fax: 831-755-5283
> E-mails: LittWm@co.monterey.ca.us
> moores@co.monterey.ca.us

Dated: November 4, 2014.  CHARLES J. McKEE, COUNTY COUNSEL

By:    */s/ William M. Litt*
    WILLIAM M. LITT
    Deputy County Counsel
    Attorneys for Defendants JOHN F. HUBANKS and MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE