UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual,<br><br>         Plaintiffs,<br>   v.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br><br>         Defendants. | Case No.: 5:14-CV-04420<br><br>ORDER GRANTING STIPULATION, DENYING AS MOOT MOTION TO DISMISS, CONTINUING HEARING |

The parties' joint stipulation regarding answer to complaint and briefing schedule for motion for preliminary injunction, ECF No. 24, is hereby GRANTED. Defendants' motion to dismiss, ECF No. 20, is hereby DENIED as moot. Defendants shall file a response to Plaintiffs' complaint and an Opposition to Plaintiffs' motion for preliminary injunction no later than December 30, 2014. Plaintiffs shall file a reply in support of its motion for preliminary injunction

1

Case No.: 5:14-CV-04420
ORDER GRANTING STIPULATION

no later than January 22, 2015. The hearing on Plaintiffs' motion for preliminary injunction, currently set for January 15, 2015, is hereby CONTINUED to March 5, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LUCY H. KOH
United States District Judge