1  STEVEN M. WOODSIDE, COUNTY COUNSEL
Brian Charles Case SBN 254218
2  3501 Civic Center Drive, Room 275
San Rafael, CA 94903
3  Tel.: (415) 473-6117, Fax: (415) 473-3796
Attorney(s) for County of Marin (a.k.a. Marin County District Attorney's Office)
4  and Deputy District Attorney Andres H. Perez

5  CHARLES J. MCKEE, COUNTY COUNSEL
William Merrill Litt SBN 166614
6  168 W Alisal Street, 3rd Floor
Salinas, CA 93901
7  Tel.: (831) 755-5045, Fax: (831) 755-5283

8  Attorney(s) for County of Monterey (a.k.a. Monterey County District Attorney's Office)
and Deputy District Attorney John Hubanks

9

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  NATIONWIDE BIWEEKLY                    Case No.: 14-cv-04420-LHK
    ADMINISTRATION, INC., an Ohio Corporation;
15  LOAN PAYMENT ADMINISTRATION LLC, an
    Ohio limited liability company; and DANIEL S.
16  LIPSKY, an individual;
                        Plaintiffs,          **DEFENDANTS' JOINT REQUEST FOR**
17                                           **JUDICIAL NOTICE IN SUPPORT OF**
                                             **OPPOSITION TO MOTION FOR**
18          v.                               **PRELIMINARY INJUNCTION AND IN**
                                             **SUPPPORT OF MOTION TO DISMISS**
19  JOHN F. HUBANKS, Deputy District Attorney,
    Monterey County District Attorney's Office, in his
20  official capacity; ANDRES H. PEREZ, Deputy
    District Attorney, Marin County District Attorney's
21  Office, in his official capacity; MONTEREY
    COUNTY DISTRICT ATTORNEY'S OFFICE, a
22  County Agency; and MARIN COUNTY
    DISTRICT ATTORNEY'S OFFICE, a County
23  agency,

24          Defendants.

25

26

27

28
                        Page **1** of **3**

---

*Nationwide Biweekly v. John F. Hubanks, et al.,*          Case No. 5:14-CV-4420-LHK
Defendants' Joint Request for Judicial Notice

Defendants County of Marin, County of Monterey, Deputy District Attorney Hubanks, and Deputy District Attorney Perez, by and through their attorneys, hereby request the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the following:

1.  <u>Exhibit A</u>: "Overview of BBB Grade," *available at* http://www.bbb.org/council/overview-of-bbb-grade/ (last visited December 26, 2014).

2.  <u>Exhibit B</u>: Sen. Jud. Com., Analysis of Sen. Bill No. 1150 (2003-2004 Reg. Sess.) April 21, 2014, pages 1-8.

Defendants also hereby request the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the following:

1.  <u>Exhibit C to Declaration of John F. Hubanks, filed with this Court December 30, 2014</u>: public document filed in Court in Greene County, Ohio, regarding Case No. 2008 CV 0578

2.  <u>Exhibit D to the Declaration of John F. Hubanks, filed with this Court December 30, 2014</u>: public document filed in Court in the State of New Hampshire, regarding Case No. 08-241; and "Section 384.67: Unauthorized and Deceptive Use" *available at* http://www.gencourt.state.nh.us/rsa/html/XXXV/384/384-67.htm (last accessed December 26, 2014)

3.  <u>Exhibit E to the Declaration of John F. Hubanks, filed with this Court December 30, 2014</u>: public document filed in Court in the State of Georgia, regarding Docket No. DBF-MBL-12-0012.

4.  <u>Exhibit G to the Declaration of John F. Hubanks, filed with this Court December 30, 2014</u>: public document filed in Court in the State of Washington, regarding Docket No. C-13-1195-14-CO01.

5.  <u>Exhibit H to the Declaration of John F. Hubanks</u> : Opinion and Order of U.S. District Court, Eastern District of Michigan, *Quicken Loans Inc. v. Nationwide Biweekly Administration Inc, et al.*, Case No. 13-13431

The Court may take judicial notice of matters that are either (1) generally known within the trial court's territorial jurisdiction or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Proper subjects of judicial notice when ruling on a motion to dismiss include **legislative history reports**,

*see Anderson v. Holder*, 673 F.3d 1089, 1094, n.1 (9th Cir. 2012); court documents already in the public record and documents filed in other courts, *see Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002); **and publically accessible websites**, *see Caldwell v. Caldwell*, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965–66 (C.D. Cal. 2005).

For the foregoing reasons, the Marin County Defendants respectfully request that the Court grant the Defendants' Request for Judicial Notice.

Dated:  December 30, 2014.        CHARLES J. McKEE, COUNTY COUNSEL


                                  By:    */s/  William Litt*
                                          WILLIAM M. LITT
                                          Deputy County Counsel
                                          Attorneys for Defendants JOHN F. HUBANKS
                                          and  the COUNTY OF MONTEREY


Dated:  December 30, 2014.        STEVEN M. WOODSIDE, COUNTY COUNSEL


                                  By:    */s/  Brian Case*
                                          BRIAN C. CASE
                                          Deputy County Counsel
                                          Attorneys for Defendants Andres H. Perez and
                                          the COUNTY OF MARIN

Page **3** of **3**