STEVEN M. WOODSIDE, COUNTY COUNSEL
Brian Charles Case SBN 254218
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117, Fax: (415) 473-3796

Attorney(s) for County of Marin (a.k.a. Marin County District Attorney's Office) and Deputy District Attorney Andres H. Perez

CHARLES J. MCKEE, COUNTY COUNSEL
William Merrill Litt SBN 166614
168 W Alisal Street, 3rd Floor
Salinas, CA 93901
Tel.: (831) 755-5045, Fax: (831) 755-5283

Attorney(s) for County of Monterey (a.k.a. Monterey County District Attorney's Office) and Deputy District Attorney John Hubanks

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio Corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County Agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br><br>　　　　Defendants. | Case No.: 14-cv-04420-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO STRIKE SECOND AND THIRD CAUSES OF ACTION**<br><br>(CAL. CIV. PROC. CODE § 425.16) |

Defendants' Joint Motion to Strike Second and Third Causes of Action of Plaintiffs' Complaint came on regularly for hearing before this Court on April 30, 2015 at 1:30 p.m.

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court;

IT IS HEREBY ORDERED THAT the Joint Motion to Strike Second and Third Causes of Action of Plaintiffs' Complaint is GRANTED, pursuant to CAL. CIV. PROC. CODE § 425.16. Defendants are awarded attorney fees and costs incurred in defending against Plaintiffs' Second and Third Causes of Action under CAL. CIV. PROC. CODE § 425.16(c)(1).  The parties must follow the procedure set out in the accompanying order.

IT IS SO ORDERED.

Dated: _____

LUCY H. KOH
United States District Judge