UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOAN PAYMENT ADMINISTRATION LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN F. HUBANKS, et al.,<br><br>    Defendants. | Case No.:14-CV-04420-LHK<br><br>**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 5 |

Before the Court is a motion for preliminary injunction filed by Plaintiffs Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky. ECF No. 5. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing scheduled for March 12, 2015, at 1:30 p.m. The Court also CONTINUES the case management conference, currently scheduled for March 12, 2015 at 1:30 p.m., to May 6, 2015, at 2 p.m. The parties shall file their joint case management statement by April 29, 2015.

1    **IT IS SO ORDERED.**

2    Dated: March 11, 2015

3    _____
     LUCY H. KOH
4    United States District Judge

2

Case No.: 14-CV-04420-LHK
ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE