1  STEVEN M. WOODSIDE, COUNTY COUNSEL
   Brian Charles Case, SBN 254218
2  3501 Civic Center Drive, Room 275
3  San Rafael, CA 94903
   Tel.: (415) 473-6117, Fax: (415) 473-3796
4  Attorney(s) for County of Marin (a.k.a. Marin County District Attorney's Office)
5  and Deputy District Attorney Andres H. Perez

6  CHARLES J. MCKEE, COUNTY COUNSEL
   William M. Litt, SBN 166614
7  168 W Alisal Street, 3rd Floor
   Salinas, CA 93901
8  Tel.: (831) 755-5045, Fax: (831) 755-5283

9
   Attorney(s) for County of Monterey (a.k.a. Monterey County District Attorney's Office)
10 and Deputy District Attorney John Hubanks

11

12                       UNITED STATES DISTRICT COURT

13                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | NATIONWIDE BIWEEKLY | Case No.: 5:14-CV-04420-LHK |
   | ADMINISTRATION, INC., an Ohio Corporation; | |
16 | LOAN PAYMENT ADMINISTRATION LLC, an | |
17 | Ohio limited liability company; and DANIEL S. | **DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JOINT RULE 12(G) JOINING MOTION TO DISMISS** |
18 | LIPSKY, an individual; | |
19 | Plaintiffs, | |
   | v. | |
20 | | Hearing Date:  October 1, 2015 |
21 | JOHN F. HUBANKS, Deputy District Attorney, | Time:  1:30 p.m. |
   | Monterey County District Attorney's Office, in his | Judge:  Hon. Lucy H. Koh |
22 | official capacity; ANDRES H. PEREZ, Deputy | Courtroom:  Courtroom #8, 4th Floor |
   | District Attorney, Marin County District Attorney's | Address:  280 South First Street |
23 | Office, in his official capacity; MONTEREY | San Jose, CA 95113 |
24 | COUNTY DISTRICT ATTORNEY'S OFFICE, a | |
   | County Agency; and MARIN COUNTY DISTRICT | |
25 | ATTORNEY'S OFFICE, a County agency, | |
26 | Defendants. | |

27

28  / / / / /

---

Defendants County of Marin, County of Monterey, Deputy District Attorney Hubanks, and Deputy District Attorney Perez, by and through their attorneys, hereby request the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the following:

1. <u>Exhibit 1</u>: Records of the civil enforcement action against the Plaintiffs-Appellants in the instant action entitled *The People of the State of California v. Nationwide Biweekly Administration, et al.*, Alameda County Superior Court Case No. RG15770490

The Court may take judicial notice of matters that are either (1) generally known within the trial court's territorial jurisdiction or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Proper subjects of judicial notice when ruling on a motion to dismiss include legislative history reports, *see Anderson v. Holder*, 673 F.3d 1089, 1094, n.1 (9th Cir. 2012); **court documents already in the public record and documents filed in other courts**, *see Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002); and publically accessible websites, *see Caldwell v. Caldwell*, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965–66 (C.D. Cal. 2005).

For the foregoing reasons, the Marin County Defendants respectfully request that the Court grant the Defendants' Request for Judicial Notice.

Dated:  May 15, 2015      CHARLES J. McKEE, COUNTY COUNSEL

By:    /s/  *William Litt*
       WILLIAM M. LITT, Deputy County Counsel
       Attorneys for Defendants JOHN F. HUBANKS
       and  the COUNTY OF MONTEREY

Dated:  May 15, 2015      STEVEN M. WOODSIDE, COUNTY COUNSEL

By:    /s/  *Brian Case*
       BRIAN C. CASE, Deputy County Counsel
       Attorneys for Defendants Andres H. Perez and
       the COUNTY OF MARIN