FILED

AUG 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOAN PAYMENT ADMINISTRATION LLC; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; et al., <br><br> Defendants - Appellees. | No. 15-15516 <br><br> D.C. No. 5:14-cv-04420-LHK <br> Northern District of California, San Jose <br><br> ORDER |

Before: HAWKINS, WARDLAW, and HURWITZ, Circuit Judges.

Appellees' motion to dismiss this preliminary injunction appeal as moot is granted because an appeal of the district court's June 17, 2015 order is pending. *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (district court's entry of final judgment renders moot the pending appeal from preliminary injunction). All other pending motions are denied as moot.

**DISMISSED.**

CC/MOATT