UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAN PAYMENT ADMINISTRATION LLC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JOHN F. HUBANKS, et al.,<br><br>        Defendants. | Case No. 14-CV-04420-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney:  Bruce Johnson
Monterey County Defendants' Attorney: William Litt
Marin County Defendants' Attorney: Brian Case

    An initial case management conference was held on January 17, 2018.  A further case management conference is set for May 9, 2018, at 2:00 p.m.  The parties shall file their joint case management statement by May 2, 2018.

    The Court orders the parties to participate in the settlement conference in the Alameda Superior Court with a deadline of January 29, 2018. The parties shall file a joint settlement status update by February 5, 2018.

    If the case does not resolve on January 29, 2018, the Court refers the parties to a Magistrate Judge Settlement Conference with Judge Nathanael Cousins with a deadline of July 13, 2018.

    The Court denies Plaintiffs' request for a stay for the reasons stated on the record.

1

Case No. 14-CV-04420-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to Exchange Initial Disclosures | January 24, 2018 |
| Deadline to Complete Settlement Conference in Alameda Superior Court | January 29, 2018 |
| Deadline to File Updated Motion to Dismiss and Updated Motion to Strike | **Motion:** February 7, 2018<br>**Opposition:** February 21, 2018<br>**Reply:** March 7, 2018 |
| Further Case Management Conference | May 9, 2018, at 2:00 p.m. |
| Deadline to Complete Magistrate Judge Settlement Conference | July 13, 2018 |
| Close of Fact Discovery | September 7, 2018 |
| Opening Expert Reports | September 28, 2018 |
| Rebuttal Expert Reports | October 19, 2018 |
| Close of Expert Discovery | November 9, 2018 |
| Last Day to File Dispositive Motions (one per side in the entire case) | December 7, 2018 |
| Hearing on Dispositive Motions | January 24, 2019, at 1:30 p.m. |
| Final Pretrial Conference | March 21, 2019, at 1:30 p.m. |
| Jury Trial | April 15, 2019, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: January 17, 2018

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-04420-LHK
CASE MANAGEMENT ORDER