1  BRIAN E. WASHINGTON, COUNTY COUNSEL
   Brian Charles Case, SBN 254218
2  Sarah Burke Anker, SBN 291924
   3501 Civic Center Drive, Room 275
3  San Rafael, CA 94903
   Tel.: (415) 473-6117, Fax: (415) 473-3796
4
5  Attorney(s) for County of Marin (a.k.a. Marin County District Attorney's Office) and Deputy District Attorney Andres H. Perez

6  CHARLES J. MCKEE, COUNTY COUNSEL
   William Merrill Litt SBN 166614
7  168 W Alisal Street, 3rd Floor
   Salinas, CA 93901
8  Tel.: (831) 755-5045, Fax (831) 755-5283

9  Attorney(s) for County of Monterey (a.k.a. Monterey County District Attorney's Office) and Deputy District Attorney John Hubanks
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC, an Ohio Corporation; LOAN PAYMENT ADMINISTRATION LLC, AN Ohio limited liability company; and DANIEL S. LIPSKY, an individual;<br><br>        Plaintiffs,<br><br>   v.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County Agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br>           Defendants. | Case No.: 14-cv-04420-LHK<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (Local Rule 6-1)** |

_____
STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

This stipulation is entered by and between plaintiffs Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky (collectively, "Nationwide"), on the one hand, and defendants John F. Hubanks, Andres H. Perez, Monterey County District Attorney's Office, and Marin County District Attorney's Office (collectively, the "District Attorneys"), on the other hand, with reference to the following facts:

1. On July 17, 2018, Plaintiffs filed their First Amended Complaint. *See* Dkt. No. 108.
2. Northern District Local Rule 6-1 provides: "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order."
3. Accordingly, as this stipulation will not alter the date of any event or any deadline already fixed by Court order, the parties have agreed to continue the time for Defendants to file their responsive pleading, from July 31, 2018 to August 7, 2018. Further, the parties have agreed to provide Plaintiffs with an additional 7 days to file their Opposition to Defendants Motion to Dismiss.
4. The parties also seek to clarify that if the Defendants file a Motion to Dismiss, it shall toll the deadline to Answer, which shall be 14 days after this Court's ruling on said Motion to Dismiss.
5. This Court has made no previous orders about the time to Answer Plaintiff's First Amended Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2
STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

1  Now, therefore, the parties **HEREBY STIPULATE AND AGREE** to continue the time for Defendants
2  to file a responsive pleading from July 31, 2018 to August 7, 2018.  Further, if the Defendants file a
3  Motion to Dismiss, it shall toll the deadline to Answer.  Specifically, in the event this Court denies said
4  Motion to Dismiss, an answer would be due 14 days after the ruling is issued.
5      **IT IS SO STIPULATED.**
6
7  Dated:  July 31, 2018                     BRIAN WASHINGTON, COUNTY COUNSEL
8                                             By:    /s/
9                                             _____
                                              Brian Charles Case
10
11                                            Deputy County Counsel
12                                            Attorneys for Defendants ANDRES H. PEREZ
                                              and the COUNTY OF MARIN
13
14 Dated:  July 31, 2018                     CHARLES J. MCKEE, COUNTY COUNSEL
15                                            By:    /s/
16                                            _____
                                              William Merrill Litt
17
18                                            Deputy County Counsel
19                                            Attorneys for Defendants JOHN F. HUBANKS
                                              and the COUNTY OF MONTEREY
20
21
   Dated: July 31, 2018                      DAVIS WRIGHT TREMAINE LLP
22
23                                            By:    /s/
                                              _____
24                                            Diana Palacios
                                              Attorneys for Plaintiffs
25
26
27
28