UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAN PAYMENT ADMINISTRATION LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN F. HUBANKS, et al.,<br><br>    Defendants. | Case No. 14-CV-04420-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Bruce Johnson
Defendants' Attorneys: William Litt, Brian Case

     A case management conference was held on October 10, 2018.  A further case management conference is set for January 16, 2019, at 2:00 p.m.  The parties shall file their joint case management statement by January 9, 2019.

     The Federal Rules of Civil Procedure discovery limits shall govern this case.

     The parties shall file a stipulation to use discovery from the state case in this matter by October 19, 2018 for Judge Cousin's signature.

1

Case No. 14-CV-04420-LHK
CASE MANAGEMENT ORDER

The Court amended the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | September 7, 2018 |
| Opening Expert Reports | September 28, 2018 |
| Rebuttal Expert Reports | October 19, 2018 |
| Close of Expert Discovery | November 9, 2018 |
| Further Case Management Conference | January 16, 2019 at 2:00 p.m. |
| Deadline to Complete Mediation | January 17, 2019 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 18, 2019 |
| Hearing on Dispositive Motions | March 7, 2019 at 1:30 p.m. |
| Final Pretrial Conference | May 9, 2019, at 1:30 p.m. |
| Bench Trial | June 10, 2019, at 9 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: October 10, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-04420-LHK
CASE MANAGEMENT ORDER